```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  MINGYUN CAO,                                                 :
                                                               :
                               Plaintiff,                      :
                                                               :
                     -against-                                 :
                                                               :
  UNITED STATES CITIZENSHIP AND                                :
  IMMIGRATION SERVICES,                                        :
                                                               :
                               Defendant.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2020

20-cv-601 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial conference is currently scheduled for May 29, 2020;

WHEREAS the Government has indicated that it will waive service and enter an appearance in this case, due to Plaintif's *pro se* status, Ex. A; and

WHEREAS the Government has requested that the initial conference be adjourned until after its answer deadline, Ex. A;

IT IS HEREBY ORDERED that the initial conference is adjourned to **July 31, 2020, at 10:00 A.M.**  The Government is directed to file the parties' joint pre-conference submissions no later than **July 23, 2020**.  A copy of this Order has been mailed to Plaintiff by chambers.

**SO ORDERED.**

**Date: May 26, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**



RE: 20-cv-00601, Cao v. USCIS

Nakajima, Simon (USANYS) <Simon.Nakajima@usdoj.gov>

Fri 5/22/2020 4:05 PM

**To:** Ming Cheung <Ming_Cheung@nysd.uscourts.gov>

Dear Mr. Cheung,

Our Office has no record of receiving service in this case. *See* Fed. R. Civ. P. 4(i). In light of the plaintiff's *pro se* status, we will enter an appearance today despite the lack of service so that we can obtain a copy of the complaint from the docket and request that we be provided the sixty days afforded under the Federal Rules for our response (*i.e.*, July 21, 2020). We respectfully request that the Court adjourn the conference scheduled for May 29, 2020 to a date after the government's response is due.

Thank you,
Simon